# EXHIBIT A



**BART Watch**   **Legal Agreement**

This app is a powerful tool for receiving and sending reports to transit police. Reports are serious in nature. Please send reports only when practical. Never put your own or others personal safety at risk. If you submit false or inappropriate reports your account may be terminated.

ELERTS LICENSED APPLICATION END USER LICENSE AGREEMENT

 ELERTS Products (Licensed Application) are licensed, not sold, to you, by ELERTS CORPORATION (ELERTS), whether provided to you directly by ELERTS, made available through an App Store or other channels are or distributed through an authorized reseller. The term Licensor even though singular includes both ELERTS and each reseller or distributor through which ELERTS supplied the Licensed Application to you. The term You or you means the company, entity or individual who is acquiring the license to use the Licensed Product under this Licensed Application End User License Agreement (this Agreement). Your license is subject to your prior acceptance of this Agreement. Licensor reserves all rights in and to the Licensed Application not expressly granted to you under this Agreement.

 WAIVER AND INDEMNIFICATION. BY USING THE LICENSED APPLICATION AND THE SERVICES, YOU AGREE TO INDEMNIFY AND HOLD LICENSOR, ITS DIRECTORS, OFFICERS, EMPLOYEES, AFFILIATES, AGENTS, CONTRACTORS, PRINCIPALS, AND LICENSORS HARMLESS WITH RESPECT TO ANY CLAIMS ARISING OUT OF YOUR BREACH OF THIS AGREEMENT, YOUR USE OF THE LICENSED APPLICATION AND THE SERVICES, OR ANY ACTION TAKEN BY LICENSOR AS PART OF LICENSOR'S INVESTIGATION OF A SUSPECTED





**BART Watch**    **Legal Agreement**

AND THE SERVICES, OR ANY ACTION TAKEN BY LICENSOR AS PART OF LICENSOR'S INVESTIGATION OF A SUSPECTED VIOLATION OF THIS AGREEMENT OR AS A RESULT OF LICENSOR'S FINDING OR DECISION THAT A VIOLATION OF THIS AGREEMENT HAS OCCURRED. THIS MEANS THAT YOU CANNOT SUE OR RECOVER ANY DAMAGES FROM LICENSOR, ITS DIRECTORS, OFFICERS, EMPLOYEES, AFFILIATES, AGENTS, CONTRACTORS, PRINCIPALS, AND LICENSORS AS A RESULT OF LICENSOR'S DECISION TO REMOVE OR REFUSE TO PROCESS ANY INFORMATION OR CONTENT, TO WARN YOU, TO SUSPEND OR TERMINATE YOUR ACCESS TO THE SERVICES, OR TO TAKE ANY OTHER ACTION DURING THE INVESTIGATION OF A SUSPECTED VIOLATION OR AS A RESULT OF LICENSOR'S CONCLUSION THAT A VIOLATION OF THIS AGREEMENT HAS OCCURRED. THIS WAIVER AND INDEMNIFICATION PROVISION APPLIES TO ALL VIOLATIONS DESCRIBED IN OR CONTEMPLATED BY THIS AGREEMENT.

 a. Scope of License: This license granted to you for the Licensed Application by Licensor is limited to a nontransferable license to use the Licensed Application on any Apple-branded products running iOS (including but not limited to iPad, iPhone, and iPod touch) (iOS Devices) or products running Google's Android operating system that you own or control (Android Device, collectively with the iOS Device, Device) and as permitted by the usage rules set forth in the App Store/Google Play Terms and Conditions or other app stores applicable to the Device (the Usage Rules). This license does not allow you to use the Licensed Application on any Device that you do not own or control, and except as provided in the Usage Rules, you may not distribute or make the Licensed Application available over a network where it could be used by multiple devices at the same time. You may not rent, lease, lend, sell,





**BART Watch**   **Legal Agreement**

Rules, you may not distribute or make the Licensed Application available over a network where it could be used by multiple devices at the same time. You may not rent, lease, lend, sell, transfer redistribute, or sublicense the Licensed Application and, if you sell your Device to a third party, you must remove the Licensed Application from the Device before doing so. You may not copy (except as expressly permitted by this Agreement and the Usage Rules), decompile, reverse-engineer, disassemble, attempt to derive the source code of, modify, or create derivative works of the Licensed Application, any updates, or any part thereof (except as and only to the extent that any foregoing restriction is prohibited by applicable law or to the extent as may be permitted by the licensing terms governing use of any open-sourced components included with the Licensed Application). Any attempt to do so is a violation of the rights of the Licensor and its licensors. If you breach this restriction, you may be subject to prosecution and damages.

The terms of this Agreement will govern any upgrades provided by Licensor that replace and/or supplement the original Licensed Application, unless such upgrade is accompanied by a separate license in which case the terms of that license will govern

b. Consent to Use of Data: You agree that Licensor may collect and use technical data and related information including but not limited to technical information about your device, system and application software, and peripherals that is gathered periodically to facilitate the provision of software updates, product support, and other services to you (if any) related to the Licensed Application. Licensor may use this information, as long as it is in a form that does not personally identify you, to improve its products or to provide services or technologies





**BART Watch**   **Legal Agreement**

as long as it is in a form that does not personally identify you, to improve its products or to provide services or technologies to you.

More generally, although you retain copyright and any other rights you already hold in or to any information (such as photographs, videos or other images, written text, audio files or other sounds) (collectively, Content)which you submit, post or display on or through, the Licensed Application, by submitting the Content you give Licensor a perpetual, irrevocable, worldwide, royalty-free, and non-exclusive license to reproduce, adapt, modify, translate, publish, publicly perform, publicly display and distribute any Content which you submit through the Licensed Application. In addition, when you use the Licensed Application to submit reports, and if you have enabled location services permission for the Licensed Application, the Licensed Application automatically includes your location in the Content transmitted to ELERTS and that location may be used by ELERTS consistent with the rights granted to ELERTS to use Content.

You agree that this Agreement includes a right for Licensor to make such Content available to other companies, organizations or individuals with whom Licensors has relationships for the provision of syndicated services, and to use such Content in connection with the provision of those services.

You understand that, in performing the required technical steps to provide the Licensed Application (and related Services) to Licensor's users, Licensor may (a) transmit or distribute your Content over various public networks and in various media; and (b) make such changes to your Content as are necessary to conform and adapt that Content to the





## BART Watch    Legal Agreement

various media; and (b) make such changes to your Content as are necessary to conform and adapt that Content to the technical requirements of connecting networks, devices, services or media. You agree that this Agreement shall permit Licensor to take these actions.

You confirm and warrant to Licensor that you have all the rights, power and authority necessary to grant the above license.

c. Termination. The license is effective until terminated by you or Licensor. Your rights under this Agreement will terminate automatically without notice from the Licensor if you fail to comply with any term(s) of this Agreement. Upon termination of the license, you shall cease all use of the Licensed Application and destroy all copies, full or partial, of the Licensed Application.

Licensor reserves the right to modify, suspend, or discontinue the Services provided through the Licensed Application (or any part thereof) at any time with or without notice to you, and Licensor will not be liable to you or to any third party should Licensor exercise such right.

d. Services; Third-Party Materials. The Licensed Application may enable access to Licensors and/or third-party services and websites (collectively and individually, Services). Use of the Services requires Internet access and use of certain Services requires you to accept additional terms. By using this software in connection with an iTunes Store or a Google Play account, you agree to the latest iTunes Store or Google Play Terms and Conditions and Usage Rules, which you may access and review at in the case of the iTunes store at http://www.apple.com/legal/itunes/ww/ or Google Play at http://





**BART Watch**    **Legal Agreement**

access and review at in the case of the iTunes store at http://www.apple.com/legal/itunes/ww/ or Google Play at http://play.google.com/intl/en_us/about/play-terms.html.

You understand that by using any of the Services, you may encounter Content that may be deemed offensive, indecent, or objectionable, which Content may or may not be identified as having explicit language, and that the results of any search or entering of a particular URL may automatically and unintentionally generate links or references to objectionable material. Nevertheless, you agree to use the Services at your sole risk and that neither the Licensor nor any third party shall have any liability to you for Content that may be found to be offensive, indecent, or objectionable.

Certain Services may display, include or make available Content, data, information, applications or materials from third parties (Third Party Materials) or provide links to certain third party web sites. By using the Services, you acknowledge and agree that neither the Licensor nor any third party is responsible for examining or evaluating the content, accuracy, completeness, timeliness, validity, copyright compliance, legality, decency, quality or any other aspect of such Third Party Materials or web sites. The Licensor, Apple, Google, Google's officers, and Apple's officers, affiliates and subsidiaries do not warrant or endorse and do not assume and will not have any liability or responsibility to you or any other person for any third-party Services, Third Party Materials or web sites, or for any other materials, products, or services of third parties. Third Party Materials and links to other web sites are provided solely as a convenience to you.

You agree that the Services contain proprietary content,





are provided solely as a convenience to you.

 You agree that the Services contain proprietary content, information and material that is owned by Licensor, Apple, Google and/or its licensors, and is protected by applicable intellectual property and other laws, including but not limited to copyright, and that you will not use such proprietary content, information or materials in any way whatsoever except for permitted use of the Services or in any manner that is inconsistent with the terms of this Agreement or that infringes any intellectual property rights of a third party. No portion of the Services may be reproduced in any form or by any means. You agree not to modify, rent, lease, loan, sell, distribute, or create derivative works based on the Services, in any manner, and you shall not exploit the Services in any unauthorized way whatsoever, including but not limited to, using the Services to transmit any computer viruses, worms, trojan horses or other malware, or by trespass or burdening network capacity. You further agree not to use the Services in any manner to harass, abuse, stalk, threaten, defame or otherwise infringe or violate the rights of any other party, and that none of Licensor, Apple orGoogle is in any way responsible for any such use by you, nor for any harassing, threatening, defamatory, offensive, infringing or illegal messages or transmissions that you may receive as a result of using any of the Services.

 In addition, Services and Content that may be accessed from, displayed on or linked to from the Licensed Applications are not available in all languages or in all countries or regions. Licensor makes no representation that such Services and Content are appropriate or available for use in any particular location. To the extent you choose to use or access such Services and Content, you do so at your own initiative and are





Content are appropriate or available for use in any particular location. To the extent you choose to use or access such Services and Content, you do so at your own initiative and are responsible for compliance with any applicable laws, including but not limited to applicable local laws. Licensor reserves the right to change, suspend, remove, or disable access to any Services at any time without notice. In no event will Licensor be liable for the removal of or disabling of access to any such Services. Licensor may also impose limits on the use of or access to certain Services, in any case and without notice or liability.

You acknowledge that (a) you will not receive any notifications from the Licensed Application if your device is turned off, in airplane mode, or is outside of cellular or Wi-Fi service range; (b) any notifications from the Licensed Application may be incomplete or inaccurate; (c) any guidance provided by the Licensed Application may not be suitable for your situation; (d) you must use your reasonable personal judgment to determine the appropriate action to take upon receiving a notification from the Licensed Application; (e) you are prohibited from using the Licensed Application and/or Services for any illegal purpose; (f) Licensor has the right to report all false or inappropriate reports and/or potentially fraudulent, dangerous or illegal use of the Licensed Application to law enforcement and Licensor will cooperate fully with law enforcement in investigating the use of the Licensed Application; and (g) that filing false reports or otherwise misusing the Licensed Application may lead to civil and criminal prosecution.

Location data provided by the Licensed Application is for basic navigational purposes only and is not intended to be relied upon in situations where precise location information is needed or where erroneous, inaccurate or incomplete location





**BART Watch**   **Legal Agreement**

relied upon in situations where precise location information is needed or where erroneous, inaccurate or incomplete location data may lead to death, personal injury, property damage, or environmental damage. Neither Licensor, nor any of its providers, guarantee the availability, accuracy, completeness, reliability, or timeliness of information or location data displayed by the Licensed Application. No maintenance or support services will be provided for the Licensed Application by Licensor, Apple or Google. You acknowledge that none of Licensor, Apple or Google has any obligation whatsoever to furnish any maintenance and support services with respect to the Licensed Application.

 e. NO WARRANTY: YOU EXPRESSLY ACKNOWLEDGE AND AGREE THAT USE OF THE LICENSED APPLICATION IS AT YOUR SOLE RISK AND THAT THE ENTIRE RISK AS TO SATISFACTORY QUALITY, PERFORMANCE, ACCURACY, AND EFFORT IS WITH YOU. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE LICENSED APPLICATION AND ANY SERVICES PERFORMED OR PROVIDED BY THE LICENSED APPLICATION ARE PROVIDED AS IS AND AS AVAILABLE, WITH ALL FAULTS AND WITHOUT WARRANTY OF ANY KIND, AND LICENSOR HEREBY DISCLAIMS ALL WARRANTIES AND CONDITIONS WITH RESPECT TO THE LICENSED APPLICATION AND ANY SERVICES, EITHER EXPRESS, IMPLIED, OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES AND/OR CONDITIONS OF MERCHANTABILITY, OF SATISFACTORY QUALITY, OF FITNESS FOR A PARTICULAR PURPOSE, OF ACCURACY, OF QUIET ENJOYMENT, AND OF NON INFRINGEMENT OF THIRD-PARTY RIGHTS. LICENSOR DOES NOT WARRANT AGAINST INTERFERENCE WITH YOUR ENJOYMENT OF THE LICENSED APPLICATION, THAT THE FUNCTIONS CONTAINED IN OR SERVICES PERFORMED OR





ENJOYMENT OF THE LICENSED APPLICATION, THAT THE FUNCTIONS CONTAINED IN OR SERVICES PERFORMED OR PROVIDED BY THE LICENSED APPLICATION WILL MEET YOUR REQUIREMENTS, THAT THE OPERATION OF THE LICENSED APPLICATION OR SERVICES WILL BE UNINTERRUPTED OR ERROR-FREE, OR THAT DEFECTS IN THE LICENSED APPLICATION OR SERVICES WILL BE CORRECTED. NO ORAL OR WRITTEN INFORMATION OR ADVICE GIVEN BY LICENSOR OR ITS AUTHORIZED REPRESENTATIVE SHALL CREATE A WARRANTY. SHOULD THE LICENSED APPLICATION OR SER- VICES PROVE DEFECTIVE, YOU ASSUME THE ENTIRE COST OF ALL NECESSARY SERVICING, REPAIR, OR CORRECTION. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES OR LIMITATIONS ON APPLICABLE STATUTORY RIGHTS OF A CONSUMER, SO THE ABOVE EXCLUSION AND LIMITATIONS MAY NOT APPLY TO YOU.

 f. Limitation of Liability. TO THE EXTENT NOT PROHIBITED BY LAW, IN NO EVENT SHALL LICENSOR BE LIABLE FOR PERSONAL INJURY OR ANY INCIDENTAL, SPECIAL, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER, INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF PROFITS, LOSS OF DATA, BUSINESS INTERRUPTION, OR ANY OTHER COMMERCIAL DAMAGES OR LOSSES, ARISING OUT OF OR RELATED TO YOUR USE OR INABILITY TO USE THE LICENSED APPLICATION, HOWEVER CAUSED, REGARDLESS OF THE THEORY OF LIABILITY (CONTRACT, TORT, OR OTHERWISE) AND EVEN IF LICENSOR HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. SOME JURISDICTIONS DO NOT ALLOW THE LIMITATION OF LIABILITY FOR PERSONAL INJURY, OR OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THIS LIMITATION MAY NOT APPLY TO YOU. In no event shall Licensor's total liability to you for all damages (other





**BART Watch   Legal Agreement**

SO THIS LIMITATION MAY NOT APPLY TO YOU. In no event shall Licensor's total liability to you for all damages (other than as may be required by applicable law in cases involving personal injury) exceed the amount of one thousand dollars ($1,000.00). The foregoing limitations will apply even if the above stated remedy fails of its essential purpose.

 g. You may not use or otherwise export or re-export the Licensed Application except as authorized by United States law and the laws of the jurisdiction in which the Licensed Application was obtained. In particular, but without limitation, the Licensed Application may not be exported or re-exported (a) into any U.S.-embargoed countries or (b) to anyone on the U.S. Treasury Department's Specially Designated Nationals List or the U.S. Department of Commerce Denied Persons List or Entity List. By using the Licensed Application, you represent and warrant that you are not located in any such country or on any such list. You also agree that you will not use these products for any purposes prohibited by United States law, including, without limitation, the development, design, manufacture, or production of nuclear, missile, or chemical or biological weapons.

 h. With respect to Licensed Applications made available to U.S. Government End Users, the following provisions are applicable: The Licensed Application and related documentation are Commercial Items, as that term is defined at 48 C.F.R. §2.101, consisting of Commercial Computer Software and Commercial Computer Software Documentation, as such terms are used in 48 C.F.R. §12.212 or 48 C.F.R. §227.7202, as applicable. Consistent with 48 C.F.R. §12.212 or 48 C.F.R. §227.7202-1 through 227.7202-4, as applicable, the Commercial Computer Software and Commercial





as such terms are used in 48 C.F.R. §12.212 or 48 C.F.R. §227.7202, as applicable. Consistent with 48 C.F.R. §12.212 or 48 C.F.R. §227.7202-1 through 227.7202-4, as applicable, the Commercial Computer Software and Commercial Computer Software Documentation are being licensed to U.S. Government end users (a) only as Commercial Items and (b) with only those rights as are granted to all other end users pursuant to the terms and conditions herein. Unpublished-rights reserved under the copyright laws of the United States.

i. This Agreement will be governed by and construed in accordance with the laws of the Commonwealth of Massachusetts, excluding its conflict of law principles. This Agreement shall not be governed by the United Nations Convention on Contracts for the International Sale of Goods, the application of which is expressly excluded. If you are a consumer based in the Canada, this Agreement will be governed by the laws of the Province of Ontario and the federal laws of Canada applicable therein. Your use of the Licensed Application may also be subject to other local, state, national, or international laws.

j. This Agreement constitutes the entire agreement between you and ELERTS relating to the Licensed Application and supersedes all prior or contemporaneous understandings regarding such subject matter. No amendment to or modification of this Agreement will be binding unless in writing and signed by ELERTS. Any translation of this Agreement is done for local requirements and in the event of a dispute between the English and any non-English versions, the English version of this Agreement shall govern, to the extent not prohibited by local law in your jurisdiction.

ELERTS Privacy: http://elerts.com/privacy/

