# EXHIBIT B

Effective and Last Updated: June 4, 2015

The purpose of this privacy policy (this "Privacy Policy") is to provide you with a description of the types of information we collect about you when you visit the ELERTS Corporation website located at elerts.com and associated sub-domains (the "Site") and/or download, register or use our mobile applications, whether such applications are branded as "ELERTS" applications or branded by our licensee, as for example Totus Alert distributed by TOTUS Solution, Inc. (each an "Application" and collectively, the "Applications"), and how we use that information. The terms "we", "us", and "our" refer to ELERTS Corporation, a Delaware corporation. By visiting or using the Site and/or Applications or using the services we provide ("Services"), you, and any entity or organization on whose behalf you are accessing the Site and/or Applications, agree to the provisions of this Privacy Policy, and the provisions of any Terms of Use or End User License Agreement to which you agreed regarding your use of the Site, Applications or Services. If you do not agree to the terms of this Privacy Policy, please do not use or access the Site or the Applications or use the Services. This Privacy Policy only applies to information collected while you are on the Site or when you download and use an Application.

1. **Information Collected** We collect three types of information from you: i) information that you voluntarily provide to us (e.g. through a voluntary registration process); ii) reports that you submit using the Applications ("Reports"); and iii) other information that is derived through automated mechanisms.
    - **Information That You Voluntarily Provide To Us**
        - Voluntary Registration Information. In order to submit Reports through the Application, we may require you provide us certain personal information about you. The information will include your name, address, and email address and may include additional required information. We do not collect such personally identifiable information about you except when you specifically provide such information to us on a voluntary basis.

            By providing this information to us, you consent to the use and method of disclosure as described in this Privacy Policy.

        - Voluntary Information Submitted for Certain Services We may collect personally identifiable information when you choose to use certain features of the Site or when you download and use an Application. When you choose to use these additional features or use and download an Application, we or the application store from which you obtain the Application may require you to provide your "Contact Information" in addition to other personal information that may be required to complete a transaction such as your phone number, billing and shipping addresses and credit card information.
        - Reports that you submit using the Applications- Voluntarily

            When you submit a report through the Application, we receive any photograph and text you supply with the report, and your location, if you allowed location services permission. We treat this information as non-

personal information, except where we are required to do otherwise under applicable law.

In connection with the submission of the report, the Application may transmit to us the registration information that you provided earlier. We treat that information as personal information.

– Automatically

We automatically receive your location when you use an Application to submit reports through that Application, if you allowed location services permission. We may use various technologies to determine location, such as location services of the applicable operating system or browser and sensor data from your device that may, for example, provide information on nearby Wi-Fi- access points and cell towers.

We treat this information as non-personal information, except where we are required to do otherwise under applicable law

- Other information that is derived through automated mechanismsWhen you use the Site or an Application, we may automatically receive and record information on our server logs from your browser or mobile device, including your location, IP address, browser type, operating information, mobile carrier, device and application IDs, cookie information, and the page you requested. We treat this data as non-personal information, except where we are required to do otherwise under applicable law

2. **How We Use Your Personal Information**We only use your personal information consistent with this Privacy Policy and our end user license agreement. In certain cases, when you are using our Applications under agreement with a Sponsoring Organization, we may provide your personal information to the Sponsoring Organization.

As used in this Privacy Policy, "Sponsoring Organizations" refers to third parties (typically transit authorities, schools, police and fire departments, stadiums, corporations with campuses to protect, and similar entities) who use the Applications we provide as part of their efforts to enhance security. We typically provide Applications to users on behalf of these Sponsoring Organizations. We may serve as a data processor for these Sponsoring Organizations. If you are using the Site or the Applications pursuant to an agreement we have with a Sponsoring Organization, we may not own or have ultimate custody and control of any information you submit through the Applications. Information you submit through any Application provided pursuant to an agreement with a Sponsoring Organization will also be governed by the Sponsoring Organization's privacy policy which may contain terms more or less protective than this Privacy Policy. In many instances the Sponsoring Organization is acting as the data controller for data you submit through the Applications. If so, you may interact directly with the Sponsoring Organization (rather than with us). It is the Sponsoring Organization's responsibility to ensure that the data it collects can be legally collected in the country and location of

origin. Sponsoring Organizations are responsible for giving their users the appropriate level of notification that personal information is being collected and maintained.

We also use your personally identifiable information to support and enhance your use of the Site and its features, and the Applications and our Services.

We may permit certain trusted third parties to track usage, analyze data such as the source address that a page request is coming from, your IP address or domain name, the date and time of the page request, the referring web site (if any) and other parameters in the URL. This is collected in order to better understand our Site usage, and enhance the performance of services to maintain and operate the Site and certain features on the Site.

We may use certain trusted third party subcontractors to host the Site and provide access to and interact with the Applications; store information relating to our Site and Applications (including personally identifiable information); operate various features available on the Site and the Applications; send messages; analyze data and similar tasks.

Also, we may share personally identifiable or other information with our parent, subsidiaries, divisions, and affiliates.

We may transfer personally identifiable information as an asset in connection with a proposed or actual merger or sale (including any transfers made as part of an insolvency or bankruptcy proceeding) involving all or part of our business or as part of a corporate reorganization, stock sale or other change in control.

We may disclose personally identifiable information in special cases where we have reason to believe that disclosing this information is necessary to identify, contact or bring legal action against someone who may be violating our terms and conditions of use or may be causing injury or interference with our rights, property, our customers or anyone who could be harmed by such activities, or as required by law.

We use non-identifying and aggregate information to better design the Site and the Applications and for business and administrative purposes. We may also use or share with third parties for any purpose aggregated data that contains no personally identifiable information.

3. **How We Protect Your Information** We are committed to protecting the information we receive from you. We take appropriate security measures to protect your information against unauthorized access to or unauthorized alteration, disclosure or destruction of data. To prevent unauthorized access, maintain data accuracy, and ensure the correct use of information, we maintain appropriate physical, electronic, and managerial procedures to safeguard and secure the information and data stored on our system. While no computer system is completely secure, we believe the measures we have implemented reduce the likelihood of security problems to a level appropriate to the type of data involved.

4. **Third Party Advertising**Advertisements appearing on the Site may be delivered to you by us or one of our Web advertising partners. Our web advertising partners may set cookies. Doing this allows the advertising partners to recognize your computer each time they send you an advertisement. In this way, they may compile information about where you, or others who are using your computer, saw their advertisements and determine which advertisements are clicked. This information allows an advertising partner to deliver targeted advertisements that they believe will be of most interest to you. We do not have access to or control of the cookies that may be placed by the third party advertising servers of ad partners. This Privacy Policy covers the use of cookies by us and does not cover the use of cookies by any advertisers.
5. **Accessing and Updating Your Personal Information and Preferences**We provide mechanisms for updating and correcting your personal information for many of our services. You may modify or remove personal information you provided to the Application as part of the registration process by the edit feature provided by the Application.
6. **Email Choice/Opt-out**If you no longer wish to receive updates or notifications, you may opt-out of receiving these communications by changing your "email notification" settings.
7. **Children's Privacy and Parental Controls**We do not solicit any personal information from children. If you are not 18 or older, you are not authorized to use the Site or Applications. Parents should be aware that there are parental control tools available online that can be used to prevent children from submitting information online without parental permission or from accessing material that is harmful to minors.
8. **Disclaimer as to Security**By accessing and using the Site, or any of the Applications, you agree to the terms of this Privacy Policy, and you consent that no data transmission over the Internet is completely secure. We cannot guarantee or warrant the security of any information you provide to us and you transmit such information to us at your own risk.
9. **Your California Privacy Rights.** California Civil Code Section 1798.83 permits customers who are California residents and who have provided the Company with "personal information" (as that term is defined in Section 1798.83) to request certain information about the disclosure of that information to third parties for their direct marketing purposes. If you are a California resident with questions regarding this, please contact us at support@elerts.com or ELERTS Corp., 1132 Main St., Weymouth, MA 02190 or at 877-256-1971.
10. **Notification of Changes**We reserve the right to change this Privacy Policy from time to time in our sole discretion. Each time you use the Site or an Application, the current version of this Privacy Policy as posted at http://elerts.com/privacy/ will apply. Accordingly, when you use the Site or an Application, you should check the date of this Privacy Policy (which appears at the top of the Policy) and review any changes since the last version. Our business changes frequently and this Privacy Policy is subject to change from time to time. You are encouraged to check the Site regularly for any changes to this Privacy Policy. Unless stated otherwise, our current Policy applies to all information that we have about you. If at some point in the future, there is a change to our Privacy Policy, unless we obtain your express consent, such change will only apply to information

collected after the revised Privacy Policy took effect. Your continued use of the Site or any Application indicates your assent to the Privacy Policy as posted.
11. **Contact Information:** If you have any questions or concerns regarding this Privacy Policy please contact us at [support@elerts.com](mailto:support@elerts.com) or ELERTS Corp., 1132 Main St., Weymouth, MA 02190 or at 877-256-1971.