| | | For Court Use Only |
|---|---|---|
| *Attorney or Party without Attorney:*<br>EDELSON PC<br>Nina Eisenberg, Esq. (305617)<br>123 Townsend Street Suite 100<br>San Francisco, CA 94107<br>  *Telephone No:*  415-212-9300<br><br>  *Attorney For:*  Plaintiff | | |
| | *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:*  Pamela Moreno, etc.
*Defendant:*  San Francisco Bay Area Rapid Transit District, etc., et al.

| PROOF OF SERVICE | *Hearing Date:* | *Time:* | *Dept/Div:* | Case Number:<br>17-cv-2911 |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons, Class Action Complaint, Preservation letter dated May 24, 2017, Notice of Assignment of Case to United States Magistrate Judge for Trial, Notice Of Confirmation Of Electronic Filing, Settlement Conference Standing Order, JSC CMC Standing Order, Exhibit A, Exhibit B

3.  a.  *Party served:*    San Francisco Bay Area Rapid Transit District, a public entity
    b.  *Person served:*   Kenneth A. Duron, Authorized to Accept Service, served under F.R.C.P. Rule 4.

4.  *Address where the party was served:*   300 Lakeside Drive, Oakland, CA 94612

5.  *I served the party:*
    a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, May 24 2017 (2) at: 03:55 PM

6.  *Person Who Served Papers:*
    a. Matt Sanna                                                  d. *The Fee for Service was:*
    b. FIRST LEGAL NETWORK
       3600 Lime St., Ste. 626
       RIVERSIDE, CA 92501
    c. (951) 779-1110

7.  *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

   Date: Wed, May 24, 2017

   _____5/31/17_____                        _____
        *(Date)*                                   *(Signature)*



                    PROOF OF
                    SERVICE

                                                              1442023
                                                              (298830)