1 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**
GORDON J. CALHOUN, State Bar No. 84509
2 |    E-Mail: Gordon.Calhoun@lewisbrisbois.com
RENÉ I. GAMBOA, State Bar No. 136166
3 |    E-Mail: Rene.Gamboa@lewisbrisbois.com
333 Bush Street, Suite 1100
4 | San Francisco, California 94104-2872
Telephone: 415.362.2580
5 | Facsimile: 415.434.0882

6 | Attorneys for Defendant, SAN FRANCISCO
BAY AREA RAPID TRANSIT DISTRICT

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10

11 | PAMELA MORENO, individually and on behalf of all others similarly situated, ,

12 | Plaintiff,

13 | vs.

14 | SAN FRANCISO BAY AREA RAPID TRANSIT DISTRICT, a public entity,

15 | ELERTS CORP., a Delaware corporation, ,

16 | Defendants.

CASE NO. 3:17-cv-2911-JSC
GRANTING IN PART DENYING IN PART
[~~PROPOSED~~] ORDER ~~GRANTING~~ BAY AREA RAPID TRANSIT DISTRICTS'S MOTION TO EXTEND TIME TO RESPOND TO SECOND AMENDED CLASS ACTION COMPLAINT AND TO AMEND BRIEFING SCHEDULE

**Date:    March 22, 2018**
**Time:    9:00 a.m.**
**Crtrm:  F – 15th Floor**

**Judge:  Hon. Jacqueline Scott Corley**
**Complaint Filed:  May 22, 2017**

21 |     Defendant SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT'S ("BARTD")

22 | Unopposed Motion to Extend Time to Respond to Second Amended Class Action Complaint and

23 | to Amend Briefing Schedule came on regularly for hearing on  March 22, 2018, in Courtroom F of

24 | the above-entitled Court.  After having considered the moving papers, opposition, reply, request

25 | for judicial notice and oral arguments submitted thereto,

26 |     IT IS HEREBY ORDERED that BARTD's  Motion t o Extend Time to Respond to Second

27 | Amended Class Action Complaint and to Amend Briefing Schedule is GRANTED.

28 |     1.    Defendant SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT

**LEWIS
BRISBOIS
BISGAARD
& SMITH LLP**
ATTORNEYS AT LAW

1  ("BARTD"), shall have to and including February 12, 2018 to respond to Plaintiff PAMELA

2  MORENO's  ("Plaintiff") Second Amended Class Action Complaint.

3        2.      Plaintiff shall have to and including March 5, 2018 to oppose Defendant's

4  responsive motions, if any.

5        3.      BARTD shall have to and including March 15, 2018 to reply to Plaintiff's

6  oppositions to BARTD's motion(s).

7        4.      The hearing on BARTD's motion(s) will be set for March ~~22~~ 29, 2018. at 2:00 PM

8  **ENTERED:**

9

10  February __14__, 2018

11                                    IT IS SO ORDERED
                                      AS MODIFIED

12  Honorab_____
    Unite_____
    Judge Jacqueline Scott Corley

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PARTIES' STIPULATION TO EXTEND TIME TO RESPOND TO SECOND
AMENDED CLASS ACTION COMPLAINT AND TO AMEND BRIEFING SCHEDULE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW