**LEWIS BRISBOIS BISGAARD & SMITH LLP**
GORDON J. CALHOUN, State Bar No. 84509
  E-Mail: Gordon.Calhoun@lewisbrisbois.com
RENÉ I. GAMBOA, State Bar No. 136166
  E-Mail: Rene.Gamboa@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant, SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PAMELA MORENO, individually and on behalf of all others similarly situated, ,<br><br>  Plaintiff,<br>vs.<br><br>SAN FRANCISO BAY AREA RAPID TRANSIT DISTRICT, a public entity, ELERTS CORP., a Delaware corporation, ,<br><br>  Defendants. | CASE NO. 3:17-cv-2911-JSC<br><br>[~~PROPOSED~~] ORDER EXTENDING THE DEADLINE TO SUBMIT THE [PROPOSED] CLASS ACTION SETTLEMENT AGREEMENT FOR PRELIMINARY APPROVAL BY THE COURT |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

  1.  Defendant SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT ("BARTD"), AND PAMELA MORENO ("Plaintiff") shall have up to, and including August 17, 2018 to submit the [Proposed] Class Action Settlement Agreement for preliminary approval by Chief Magistrate Judge Spero.

  2.  The current deadline of July 27, 2018 will be vacated. The new deadline to submit the [Proposed] Class Action Settlement Agreement will be August 17, 2018, as noted above, and in the stipulation entered into between BARTD and Plaintiff.

**ENTERED:**

July  30 , 2018

GRANTED
Judge Jacqueline Scott Corley

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA