1  Rafey S. Balabanian (SBN 315962)
   rbalabanian@edelson.com
2  Todd Logan (SBN 305912)
   tlogan@edelson.com
3  EDELSON PC
   123 Townsend Street, Suite 100
4  San Francisco, California 94107
   Tel: 415.212.9300
5  Fax: 415.373.9435
6
   *Counsel for Plaintiff and the Putative Class*
7
8                      **UNITED STATES DISTRICT COURT**
9                      **NORTHERN DISTRICT OF CALIFORNIA**
10                           **SAN FRANCISCO DIVISION**
11

| PAMELA MORENO, individually and on behalf of all others similarly situated, | Case No. 3:17-cv-02911-JSC |
|---|---|
| *Plaintiff,* | [~~PROPOSED~~] **ORDER GRANTING ADMINISTRATIVE MOTION FOR EXTENSION OF DEADLINE TO SUBMIT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| v. | |
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, a public entity, | |
| *Defendant.* | |

1   IT IS HEREBY ORDERED that Plaintiff's Administrative Motion for Extension of Deadline
2   to File Motion for Preliminary Approval of Class Action Settlement is **GRANTED**. Plaintiff's
3   deadline is extended until **August 24, 2018.**

4

5   **IT IS SO ORDERED**

6

7

8   DATED: __August 21, 2018__                    _____
9                                                  Hon. Jacq...
10



Hon. Jacqueline Scott Corley