Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
Todd Logan (SBN 305912)
tlogan@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

*Counsel for Plaintiff and the Putative Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PAMELA MORENO, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, a public entity,<br><br>*Defendant*. | Case No. 3:17-cv-02911-JSC<br><br>**DECLARATION OF TODD LOGAN IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge:  Hon. Jacqueline Scott Corley<br>Date:   October 4, 2018<br>Time:   9:00 a.m. |

Pursuant to 28 U.S.C. § 1746, I hereby declare and state as follows:

1. I am an attorney admitted to practice in the United States District Court for the Northern District of California. I am entering this declaration in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement Agreement. I am an attorney at Edelson PC, the law firm retained to represent Plaintiff Pamela Moreno ("Plaintiff") in the above-captioned matter. This declaration is based upon my personal knowledge unless otherwise indicated. If called upon to testify as to the matters stated herein, I could and would competently do so.

2. On January 16, 2018, Plaintiff filed her Second Amended Class Action Complaint ("SAC") against Defendant San Francisco Bay Area Rapid Transit District ("Defendant" or "BART").

3. The SAC alleges that Defendant's transit application, the BART Watch App (the "App") which was downloaded by tens of thousands of individuals, secretly collects users' International Mobile Equipment Identity Numbers ("IMEIs")

4. After months of briefing, on March 30, 2018, the case was referred to Chief Magistrate Judge Spero for a settlement conference.

5. In advance of the settlement conference, the Parties engaged in an exchange of informal discovery, and Plaintiff issued subpoenas on former defendant Elerts Corp. that led to Plaintiff's acquisition of crucial settlement-related information.

6. Together, Defendant and Elerts provided Plaintiff with the information necessary to adequately assess the case and engage in productive settlement negotiations

7. At a settlement conference before Chief Magistrate Judge Spero on June 28, 2018, the Parties reached an agreement in principle as to the resolution of this matter, and signed a non-binding memorandum of understanding that day.

8. In the weeks following the settlement conference, the Parties negotiated the final terms of the agreement and formally executed the written Settlement Agreement now before the Court.

9. Plaintiff Moreno has worked alongside our firm, which was appointed Class

Counsel, throughout the pendency of this case—reviewing each of the three complaints filed as well as other documents, equipping her attorneys with the information needed to pursue her claims, and responding to requests for additional information throughout the motion and settlement processes.

10. Our firm has extensive experience litigating class actions of similar size, scope, and complexity to this class action and have the resources necessary to see this litigation through to its conclusion. We have vigorously prosecuted Plaintiff's and the proposed class's claims, as evidenced by our extensive investigation of the App, substantial motion practice, and diligent efforts negotiating the ultimate Settlement.

11. We have devoted—and will continue to devote—a significant amount of time and effort to this litigation, including through the initial, technologically advanced investigation of Plaintiff's allegations, substantive motion practice, and settlement discussions.

12. Attached hereto as Exhibit 2 is a true and accurate copy of the Class Action Settlement Agreement.

13. Attached hereto as Exhibit 3 is a true and accurate copy of Edelson PC's Firm Resume.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 24, 2018, at San Francisco, California.

                                                      /s/ Todd Logan