1
2
3
4
5
6                  UNITED STATES DISTRICT COURT
7             NORTHERN DISTRICT OF CALIFORNIA
8
9 PAMELA MORENO,                 Case No.17-cv-02911-JSC
10           Plaintiff,
                              **ORDER TO SHOW CAUSE TO**
11      v.                         **DEFENDANT**
12 SAN FRANCISCO BAY AREA RAPID
TRANSIT DISTRICT,
13          Defendant.
14

15      Plaintiff's motion for final approval of the parties' class action settlement and motion for

16 attorneys' fees came before the Court for hearing on January 17, 2019. Although Plaintiff

17 appeared, Defendant did not appear and did not otherwise communicate with the Court either

18 before or after the hearing.

19      The Court cannot grant the motion for final approval until Defendant verifies that it has

20 provided the notice required by 28 U.S.C. § 1715(b). The Court has issued multiple orders to this

21 effect and at the October 4, 2018 hearing Defendant agreed to provide the requisite notice to the

22 California Attorney General's Office and United States Attorney's Office. (Dkt. Nos. 93, 98, &

23 101.) Defendant, however, has not filed a statement indicating that it provided such notice and

24 failed to appear at the hearing to respond to questions regarding the same.

25      Accordingly, Defendant is ORDERED TO SHOW CAUSE as to (1) whether it in fact

26 served the requisite entities with notice as ordered and the date it did so, and (2) why Defendant

27 should not be ordered to pay Plaintiff's costs for appearing at the hearing. Defendant shall

28 respond in writing to this Order to Show Cause by January 23, 2019. If Defendant has not

provided the ordered notice, the Court will consider Plaintiff's request to grant an interim attorneys' fee award.

   **IT IS SO ORDERED.**

Dated: January 17, 2019

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge