UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAMELA MORENO,

        Plaintiff,

   v.

SAN FRANCISCO BAY AREA RAPID
TRANSIT DISTRICT,

        Defendant.

Case No.17-cv-02911-JSC

**ORDER TO DEFENDANT TO
PERSONALLY APPEAR AND SHOW
CAUSE ON JANUARY 30, 2019**

**RE: DKT. NO. 108**

On January 17, 2019, Defendant failed to appear at the scheduled hearing on Plaintiff's motion for final approval of the parties' class action settlement. That same day, the Court issued an Order to Show Cause as to whether Defendant had provided the notice of the settlement it had previously been ordered to provide of the settlement under 28 U.S.C. § 1715(b) and why it should not be ordered to pay Plaintiff's costs for appearing at the hearing. (Dkt. No. 108.) Defendant was ordered to respond to the Court's order in writing by January 23, 2019. Defendant failed to do so and has not otherwise communicated with the Court.

**Accordingly, Defendant's counsel of record, Gordon Calhoun and Rene Gamboa, are ordered to appear in person with BART's General Counsel on January 30, 2019 at 9:00 a.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California.**

**IT IS SO ORDERED.**

Dated: January 24, 2019

JACQUELINE SCOTT CORLEY
United States Magistrate Judge