UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA MORENO,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>    Defendant. | Case No.17-cv-02911-JSC<br><br>**ORDER DISCHARGING ORDERS TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 108, 109, 110 |

The Court is in receipt of Defendant's response to the Court's Orders to Show Cause. (Dkt. Nos. 108, 109, 110.) Given the declaration of counsel and the attestations therein, the Orders to Show Cause are VACATED.

**IT IS SO ORDERED.**

Dated: January 28, 2019

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge